971 So.2d 962 (2007)
Alphonso REESE, Appellant,
v.
STATE of Florida, Appellee.
No. 4D07-4400.
District Court of Appeal of Florida, Fourth District.
December 31, 2007.
Alphonso Reese, South Bay, pro se.
No appearance required for appellee.
PER CURIAM.
Affirmed. See Comer v. Moore, 817 So.2d 784 (Fla.2002); Allen v. State, 768 So.2d 1168, 1169 (Fla. 4th DCA 2000) (citing Clements v. State, 761 So.2d 1245 (Fla. 2d DCA 2000)); Sanchez v. State, 765 So.2d 246, 247 (Fla. 3d DCA 2000).
GUNTHER, KLEIN and HAZOURI, JJ., concur.